# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON DE PENA-GUZMAN<br><br>Defendant. | CRIM. NO. 15-638 (PAD) |

## ORDER

The Court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Ramón De Pena-Guzmán (Docket No. 22), to which no objections have been filed. The Court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea of defendant is therefore accepted and the defendant is adjudged guilty as to count one of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 21). The Sentencing Hearing is set for February 18, 2016 at 11:00 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of November, 2015.

                                               S/Pedro A. Delgado-Hernández
                                               PEDRO A. DELGADO HERNANDEZ
                                               United States District Judge